IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YANET GUERRA AVILA,<br>*Plaintiff,* | §<br>§<br>§ | CIVIL ACTION NO. 1:23-cv-00425 |
| VS. | §<br>§ | JURY TRIAL REQUESTED |
| WALMART, INC. D/B/A WAL-MART STORES, INC.,<br>*Defendant.* | §<br>§<br>§ | |

## NOTICE OF REMOVAL

Defendant **WALMART INC.**, erroneously named as Walmart, Inc. d/b/a Wal-Mart Stores, Inc. (hereinafter "Defendant"), files this Notice of Removal of the above-styled action pursuant to 28 U.S.C. § 1446(a) and would respectfully represent and show unto this Court the following:

### A. Introduction

1.  Defendant has filed its Civil Cover Sheets pursuant to Local Rule 3.1 and Local Rule 81.1. *See* **Exhibit A.**

2.  On or about March 3, 2023, Plaintiff **YANET GUERRA AVILA** ("Plaintiff") initiated the state court lawsuit against Defendant in the 126th Judicial District Court of Travis County, styled *Yanet Guerra Avila v. Walmart Inc. d/b/a Wal-Mart Stores, Inc.*; Cause No. D-1-GN-23-001192 (the "State Court Action"). In the State Court Action, Plaintiff alleged a cause of action for premises liability against Defendant. In addition, Plaintiff seeks to recover damages for physical pain in the past; physical pain in the future; mental anguish in the past; mental anguish in the future; past medical expenses; future medical expenses; physical impairment in the past; physical impairment in the future; disfigurement in the past; disfigurement in the future; loss of

earnings in the past; and loss of earning capacity in the future. *See Plaintiff's Original Petition*, attached hereto as **Exhibit B**.

       3.       The attorneys involved in the action being removed are listed as follows:

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| Yanet Guerra Avila - Plaintiff | Jessica L. Yaeger<br>Texas Bar No. 24125877<br>DC LAW, PLLC<br>1012 W. Anderson Lane<br>Austin, TX 78757<br>Phone: 512-220-1800<br>Fax: 512-220-1801<br>Email: jessica@texasjustice.com |
| Walmart Inc. - Defendant | Brett H. Payne<br>Texas Bar No. 00791417<br>WALTERS, BALIDO & CRAIN, L.L.P.<br>9020 N. Capital of Texas Highway<br>Building I, Suite 170<br>Austin, Texas 78759<br>Phone: 512-472-9000<br>Fax: 512-472-9002<br>Email: paynevfax@wbclawfirm.com |

       4.       The name and address of the court from which the case is being removed is as follows:

> 126th Judicial District Court
> The Honorable Aurora Martinez Jones
> Travis County Courthouse
> 1000 Guadalupe, 4th Floor
> Austin, Texas 78701
> Phone: (512) 854-9313
> Fax: (512) 854-9332
> Mailing Address:
> P.O. Box 1748
> Austin, Texas 78767

### B. The Notice Of Removal Is Timely

       5.       Defendant's agent was served with citation and a copy of Plaintiff's Original

Petition on or about March 16, 2023. *See* **Exhibit C**. Pursuant to 28 U.S.C. § 1446(b), Defendant's Notice of Removal was filed within thirty (30) days after receipt by Defendant, through service or otherwise, of a copy of an initial pleading from which it may first be ascertained that the case is one which is or has become removable.

### C. Complete Diversity & Amount In Controversy Is Over the Threshold

6. Pursuant to the State Court Action, at the time of the filing of this Petition, Plaintiff Yanet Guerra Avila was, and is still, a citizen of Texas.

7. Defendant Wal-Mart Stores Texas, LLC is now and was at the time of filing of this action a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

8. Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

9. A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap*

*Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Wal-Mart Property Co. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas. Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas.

10. Defendant Wal-Mart Inc. is now, and was at all times relevant hereto, an incorporated entity under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas. Defendant's corporate headquarters, including officers and directors, is located at 702 S.W. 8th Street, Bentonville, Arkansas 72716-8312.

11. Accordingly, for diversity purposes, Walmart Inc. and Wal-Mart Stores Texas, LLC are citizens of Delaware and Arkansas. *MidCap Media Fin., L.L.C.*, 929 F.3d at 314.

12. In light of the foregoing, the parties are of completely diverse citizenship. *See* 28 U.S.C. §§ 1332(a), 1332(c)(1) 1441(b).

13. Further, the case involves an amount in controversy of more than $75,000. *See* 28 U.S.C. § 1332(a). A court can determine that removal is proper from a plaintiff's pleadings if plaintiff's claims are those that are likely to exceed the jurisdictional amount. *See Allen v. R&H Oil & Gas., Co*, 63 F.3d 1326, 1335 (5th Cir. 1995); *De Aguilar v. Boeing Co.*, 11 F.3d 55, 57 (5th Cir. 1993). In the State Court Action, Plaintiff alleges she seeks "monetary relief OVER ONE MILLION AND 00/100 DOLLARS ($1,000,000.00)." See **Exhibit B**. Thus, the amount in controversy in the instant case meets the requirements for removal.

14. Copies of all pleadings, process, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a). *See* **Exhibit D.**

### D. <u>Basis for Removal</u>

15. Because this is a civil action of which the District Courts of the United States have

original jurisdiction, this case may be removed by this Court pursuant to 28 U.S.C. § 1446(b). Further, because Plaintiff is a citizen and resident of Texas, Defendant's principal places of business are located in Arkansas, and the amount in controversy exceeds $75,000.00, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. § 1132. As such, this removal action is proper.

### E. Filing of Notice with State Court

16. Promptly after filing this Notice of Removal, Defendant will give written notice of the removal to Plaintiff through her attorney of record and to the clerk of the state court action.

### F. Prayer

17. **WHEREFORE, PREMISES CONSIDERED,** Defendant Walmart Inc. requests that this Court proceed with the handling of this cause of action as if it had been originally filed herein, that this Court make such orders, if any, and take such action, if any, as may be necessary in connection with the removal of the state court action to this Court, and that they have such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

BY: */s/ Brett H. Payne*
Brett H. Payne
Texas Bar Number 00791417
WALTERS, BALIDO & CRAIN, L.L.P.
Great Hills Corporate Center
9020 N. Capital of Texas Highway
Building I, Suite 170
Austin, Texas 78759
Phone: 512-472-9000
Fax: 512-472-9002
Email: paynevfax@wbclawfirm.com

ATTORNEY FOR DEFENDANT
WALMART INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 17th day of April, 2023, a true and correct copy of the above and foregoing was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

Jessica L. Yaeger
DC LAW, PLLC
1012 W. Anderson Lane
Austin, TX 78757
Phone: 512-220-1800
Fax: 512-220-1801
Email: jessica@texasjustice.com

/s/ Brett H. Payne
BRETT H. PAYNE